UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE P. KARDA, | CASE NO. 2:22-cv-1402 |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SEATTLE POLICE DEPARTMENT, TIMOTHY HYBACK, and SUPERVISOR OF OFFICER TIMOTHY HYBAK, | |
| Defendants. | |

On November 14, 2023, the Court issued an Order to Show Cause, instructing Plaintiff George P. Karda to explain in writing by December 14, 2023, why his case should not be dismissed for failure to prosecute. The Court also warned Karda that if he failed to respond, it would dismiss his case without further notice. Karda has not responded to the Court's order and the deadline has passed. Accordingly, Karda's case is DISMISSED without prejudice under LCR 41(b).

Dated this 18th day of December, 2023.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 1